# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:99cr13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | DISMISSAL OF ORDER |
| ) | OF GARNISHMENT |
| MICHAEL TAYLOR. ) | |
| ) | |
| EASTERN BAND OF CHEROKEE ) | |
| INDIANS, ) | |
| Garnishee. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Order of Garnishment [Doc. 48].

The Government advises that the assessment and restitution debt to the United States has been satisfied. The motion will therefore be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal of Order of Garnishment [Doc. 48] is hereby **GRANTED** and the Order of Garnishment [Doc. 45] is hereby **DISMISSED**.

Signed: February 12, 2010

Martin Reidinger
United States District Judge